**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 HILDA GRISEL COLLAZO RIVERA,

                            Plaintiff,                        25 **CIVIL** 5115 (HJR)

       -v-                                         **JUDGMENT**

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated December 19, 2025, that this action be, and

hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence

four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance

of a new decision.

**Dated:** New York, New York

       December 22, 2025

                                     **TAMMI M. HELLWIG**
                                   _____
                                       **Clerk of Court**

                  **BY:**          *K. mango*

                                   _____
                                     **Deputy Clerk**